MHL

FILED
JAN 31 2008
1-31-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ex Rel.  LOPEZ HOUSE, ) <br> Petitioner, ) <br>   ) <br> Vs. ) <br>   ) <br>   ) <br> JOHN CHAMBER and ) <br> JOSEPH LOFTUS ) <br> Warden Danville C.C. ) <br> Respondent. ) | Case No. 04C7487 <br><br> Hon. JOHN A. NORDBERG, <br> Presiding Judge. |

## MOTION FOR COURT ENTRY OF JUDGMENT BY DEFAULT
## AGAINST RESPONDENT'S
## WITH AWARD OF WRIT OF HABEAS CORPUS ON PETITIONER'S CLAIMS

Now comes Petitioner LOPEZ HOUSE pro-se in the interest of justice and fundamental fairness, having duly filed a petition for writ of habeas corpus pursuant to 28 U.S.C.A. 2254 with exhibits attached to it and on review of all relevant proceedings in the above entitled action hereby respectfully moves this Court for leave to file the above caption pursuant to Rules Section 28 U.S.C.A. 2254 Rules 4 and 5 and request this Court to grant this motion and award Petitioner writ of habeas corpus discharging Petitioner from custody and in support thereof states the following:

1.

(1) On August 29, 2006, Petitioner had caused to file a motion to reinstate Petition For Writ Of Habeas Corpus, and on September 26, 2007, Petitioner Motion to Reinstate was granted and Respondent was given 60 days from the date of this Court order to file and answer. (see: Motion To Reinstate, Court Order September 26, 2007 on file)

✷ (2) The State in the above entitled action has consistently failed and continue to fail to answer and/or plead and/or defend and/or provide and/or make available relevant transcripts, reports, records, documents, D.N.A. and/or forensic test results, that is favorable to Petitioner and/or would greatly assist this Court in considering and/or concluding that Petitioner is entitled to a writ and/or that Petitioner should be discharged from custody without further delay. (see: attached exhibits)

✷ (3) Considering the State use of fraud, dishonesty and deception and/or deceit as perpetrated against the Courts throughout the course of this case, in the deliberate misrepresentation of facts and truth and suppression and/or concealment of relevant documents, and/or test results of physical evidence there is no just reason for any further delay. (see Attached Exhibits)

✷2 FOOTNOTE: SEE Federal Rules of Civil Procedure Rule 81(a)(2)
✷3 FOOTNOTE: SEE RULE 11 Federal Rules of Civil Procedure Extent of Applicability Rules Governing Sec. 2254 cases

2.

✻ (4) This motion is based upon Petitioner's duly reinstated amended writ of habeas corpus petition with exhibits attached and all various other motions, exhibits, papers, records, documents and files with the Court submitted in the above entitled action and on the attached affidavit of Petitioner.

**WHEREFORE** Petitioner request this Court for all the above reasons stated, and any other relief deemed appropriate by the Court, Judgment by default be granted with award of habeas corpus February 20, 2008, on Petitioner's claims discharging Petitioner from custody.

Respectfully submitted,

LOPEZ-HOUSE N02026

3820 E. Main Danville, IL.
61834

✻ FOOTNOTE: SEE II. COMMENCEMENT OF ACTION; SERVICE OF PROCESS, PLEADINGS, MOTIONS AND ORDERS RULE 11 (b)(2)(4) (c)(1) How Initiated (B)

STATE OF ILLINOIS } SS
COUNTY OF VERMILLION }

FILED
JAN 3 1 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

CASE NO. 04C7487

AFFIDAVIT IN SUPPORT OF MOTION FOR COURT ENTRY OF JUDGEMENT BY DEFAULT AGAINST RESPONDENT'S WITH AWARD OF WRIT OF HABEAS CORPUS ON PETITIONER'S CLAIMS FEBUARY 20, 2008

I. LOPEZ HOUSE, being duly sworn on oath hereby state I am petitioner in above-entitled action brought pursuant to 28 U.S.C.A. §2245 and the foregoing additional facts demonstrate good cause for granting the Motion w/ AWARD OF WRIT OF HABEAS CORPUS ON PETITIONERS CLAIMS.

1.) Petitioner has diligently sought from the STATE: RECORDS, DOCUMENTS, TEST RESULTS, ON MATERIAL RELEVENT EVIDENCE, but which to date, have not been fully furnish, or made available. And which petitioner believes he was, and is, entitled for, any fair and just hearing in the STATE COURTS or on resolution of the allegation that petitioner is presently in Respondent's unlawful custody.

2) Petitioner asserts his actual innocence claim, should have been heard, so as to have averted, a continuing fundamental miscarriage of justice, and would indeed called into question, the credibility of STATE WITNESSES testimony, presented in this case, and depended critically on the validity of CONSTITUTIONAL claims, of THE STATES KNOWING USE OF PERJURED TESTIMONY TO OBTAIN THE INDICTMENT, SUPPRESSION OF FAVORABLE EVIDENCE, INEFFECTIVE ASSISTANCE OF COUNSEL (among other claims) denied petitioner the full protections afforded by the CONSTITUTION.

4.

3) Petitioner understands that any false statement in this affidavit will subject him to penalties of perjury.

_____
LOPEZ HOUSE
N02026
3820 EAST MAIN ST
DANville IL. 61834

SUBSCRIBED AND SWORN TO BEFORE ME THIS 25th day OF JANUARY 2008

_____
NOTARY PUBLIC

```
*********************************
*        OFFICIAL SEAL           *
*     ELIZABETH A ROBSON         *
*  Notary Public, State of Illinois *
*  My Commission Expires 12/05/10 *
*********************************
```

5.

GENERAL PROGRESS REPORT　　　　　　　　　DATE OF ORIG CASE REPORT　DATE OF THIS REPORT
DETECTIVE DIVISION CHICAGO POLICE　　　　　DAY　MONTH　YEAR　　　DAY　MO.　YEAR

OFFENSE CLASSIFICATION/LAST PREVIOUS REPORT　VICTIM'S NAME AS SHOWN ON CASE REPORT　　BEAT/UNIT ASSIGNED

This form is used for registration, handwritten notes and memoranda which are made during the conduct of investigations, including interrogation memoranda, etc., and the conduct of searches, witness and suspect interview notes, on-scene canvas notes, and any hand written notes or notes made by officers during the field investigation of violent crimes which are used to prepare official Department case reports.

Officer ELAIN COLEMAN-SMITH #18419

__Outcry__ ← (ERIC WREN (FATHER) ▓▓▓▓ )

__Offender's Injuries__ Bleeding Rectum / Laceration to Back, But, Face

__Taken to.__ Northwestern Memorial Hosp - by CFD Amps

Interviewed "Eric Wren" in hospital waiting room 0605"! He said his son, ages 8 & 12, came downstairs an told him "there's a man in there freaking Erica" (Erk Jr. Eric Sr. ran upstairs but couldn't get in. Offender had pushed the refer. & a T.V. over in front of door. He knocked on the apartment door next door - the officer's wife lives there and opened the door. Eric said he ran thru her apartment and out her front door, just as the offender was coming out of his apartment with his pants up, but open and his belt off. The pants fell to the floor when he hit the offender

__Witness:__ ERIC WREN JR ▓▓▓▓▓▓▓▓▓
Kozminkoski Academy 7th Grade

201944

REPORTING OFFICER'S SIGNATURE - STAR NO.　RECEIVED BY SUPERVISOR'S SIGNATURE - STAR NO.　DAY　MO.　YR.　TIME

CPD-23.122 (Rev. 2 83)

EXHIBIT 6

FELONY MINUTE SHEET
Form 131

SINGLE MARGIN (DO NOT WRITE ABOVE THIS LINE)

ASSISTANT STATE'S ATTORNEY:

IR# 212-639    CB# 8867-960

COURT: Br 66

| I.R. NUMBER | DEFENDANTS | AGE | DATE OF ARREST | CHARGE |
|---|---|---|---|---|
| 212639 | Lopez HOUSE<br>6618 South Kenwood | 43 | 29 June 91 | Ch 38 12-14(b)(1)<br>Agg Crim Sex Asslt |

Date of Offense: 6-29-91  Time: 0330  Place: 820 East 46th. St Chicago, Illinois

The facts briefly stated are as follows: The eleven year old victim was asleep in her bed when the offender entered her room and forced her at the point of a fork used as a weapon to accompany him to her parents bedroom where her raped her. She was dragged from there to the bathroom where she was placed on the sink, with the offender in between her legs, where he raped her a second time. The victims brother, Eric Jr. awoke, saw the incident, and went down to the yard where he told his parents who were playng cards, that someone was "freaking Erica in the bathroom" Eric Sr. ran up to the apt. but could not get in as the offender had blocked the rear door with the refridg. Eric Sr. knocked on the apt. next door and rap thru that apt in time to catch the offender exiting his apt. front door. Offender refused any statement. He is now in surgery at Northwestern Memorial.

WITNESSES: SPELL OUT FIRST AND LAST NAME: FIRST NAME FIRST
ALSO FURNISH ADDRESS AND PHONE NUMBER OF EACH WITNESS

PROSECUTING WITNESS Victim: Erica Wren  F/l/age 11  (Feb 11th. 80)
Witnesses: Eric Wren Jr,  Eric Wren Sr.  All of the family reside at 820 East 46th St.  No Home Phone.  Father can be reached at work. 1130 South Michigan, Phone: 427-1147 (Maint.Division)

| Arresting Officers: | Ptlwm Coleman-Smith | #  | (021) |
|---|---|---|---|
| | Prlmn Blisset | # 10371 | (021) |
| Investigation: | Det Liberty | # 6778 | (612) |
| | Det Kutz | # 9287 | (612) |
| Felony Review: | ASA Whitney  Approved Charges. | | |

ASST. STATE'S ATTY. _____  DATE _____

SCHO. 1 _____

EXHIBIT 1
#21
page 83

Br 66     01 July 1991
(Court Branch)     (Court Date)

CCMC1-216-2-16-89-100M(

FELONY

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COMPLAINT FOR PRELIMINARY EXAMINATION

The People of the State of Illinois
    Plaintiff

NO ..............

V.

Lopez HOUSE
   Defendant

Erica WREN ................ complainant, now appears befo:
(Complainant's Name Printed or Typed)

The Circuit Court of Cook County and states that .............................. has, on or abou
Lopez HOUSE (defendant)

29 June 1991 at 820 East 46th. Street Chicago, Illinois
(date) (place of offense)

committed the offense of Aggravated Criminal Sexual Assault ................. in that h
Lopez House was over the age of 17 years and committed an act of sexual penetration,
sexual intercourse, with the victim Erica Wren age 11, who was under the age of 13 when
the act was committed.

Ch. 38 Section 12-14(b)(1)

in violation of Chapter ...............

ILLINOIS REVISED STATUTES

For the victim:
................................
(Complainant's Signature)

(Complainant's Address)    (Telephone No.)

STATE OF ILLINOIS }
COUNTY OF COOK } ss.

Mrs Demetra Wren
(Complainant's Name Printed or Typed)

.......... oath, deposes and says that he has read the foregoing
being first duly sworn, on
complaint by him subscribed and that the same is true.

................................
(Complainant's Signature)

................ 19 ...

Subscribed and sworn to before me ...........

................................
(Judge or Clerk)

I have examined the above complaint and the person presenting the same and have heard evidence thereon, and am satisfied that there is probable cause for filing same. Leave is given to file said complaint.

Summons issued    Judge .........
  or
Warrant Issued    Bail set at ........
  or
Bail set at .......     Judge .........

201944

Judge's No.

# CRIME SCENE PROCESSING REPORT
## CHICAGO POLICE DEPARTMENT

**PRIMARY CLASSIFICATION OF INCIDENT:** C.S.A KIT | 0281 | 2133 | 2105

**ADDRESS OF SERVICE:** 901 E. 58TH ST
**VICTIM'S NAME:** WREN, ERICA
**INVESTIGATIVE UNIT NO:** A/1 V/C

**TYPE OF SERVICE:** ☐ PROCESS SCENE ☐ PRINT/PHOTO HOSPITALIZED ARRESTEE ☒ OTHER (Specify) PICK UP
☐ PHOTO ONLY ☐ NO SERVICE RENDERED (Explain in Narrative)

### PHOTOGRAPHY

| A | D | G |
|---|---|---|
| B | E | H |
| C | F | I |

### FINGERPRINTS
ELIM. PRINTS: ☐ YES ☒ NO | IN CUSTODY: ☐ YES ☐ NO

| MED NEG LIFT | LOCATION FOUND | F.N | MED NEG LIFT | LOCATION FOUND | F |
|---|---|---|---|---|---|
| | | | | | |

**POSSIBLE SUSPECT INFORMATION:** ☐ MALE ☐ FEMALE ☐ ADULT ☐ JUVENILE

**NOT FOR PATROL DIV USE**

PRINTS SUITABLE FOR COMPARISON: ☐ YES ☐ NO
INITIALS OF EXAMINER:
DATE:

☐ PALMS ☐ IMPRESSIONS ☐ FINGERPRINTS | SUITABLE FOR COMPUTER: ☐ YES ☐ NO | DATE OF TRANSMITTAL

### PHYSICAL EVIDENCE

| PROP. INVENT. NO. - UNIT | DESCRIPTION & LOCATION | ERPS - CRIME LAB |
|---|---|---|
| 5001 021 | 1 SEALED C.S.A. KIT | ✗ |
| 725001 021 | 1 BRN BAG CONTAINING CLOTHING | |

### NARRATIVE/ EXPLANATION OF REQUEST
*NOTE: If Crime Lab is initial destination, identify service needed or information required.*

RECEIVED FROM DIANE NORMAN AT THE WYLER'S HOSPITAL ON 29 JUN 91 AT 1000 HRS.

00008         EXHIBIT  9

DATE ARRIVED: 29 JUN 91  TIME: 1100  TIME COMPLETED: 1105

REPORTING TECHNICIAN - PRINT LAST NAME - FIRST - STAR NO - UNIT
C.R. #
APPROVING SUPERVISOR (PRINT NAME) - STAR NO

TECHNICIAN'S SIGNATURE
DATE: 29 JUN 91
SUPERVISOR'S SIGNATURE

CPD-21.949 (REV 6/89)

INVESTIGATOR: SELKE

| CRIME SCENE PROCESSING REPORT | C.S.A. | | 10281 | 2124 | 210 |
|---|---|---|---|---|---|
| CHICAGO POLICE DEPARTMENT | | | | | |

| ADDRESS OF SERVICE | | VICTIM'S NAME | INVESTIGATIVE UNIT NO |
|---|---|---|---|
| 20 E 46th St. | IS. | Wren, Ericia | 612 |

TYPE OF SERVICE: ☒ PROCESS SCENE  ☐ PRINT/PHOTO HOSPITALIZED ARRESTEE  ☐ OTHER (Specify)
☐ PHOTO ONLY  ☐ NO SERVICE RENDERED (Explain in Narrative)

PHOTOGRAPHY

| A Picture of outside door | D Fork used during Crime | G Bath room where Crime oc |
|---|---|---|
| B View of Crime Scene B.R. | E Entrance hall to apt. | H Stick on floor |
| C Bed where crime occured | F Entrance hall to apt. | I Stick on counter / Bunk Beds |

FINGERPRINTS

| ELIM. PRINTS ☐YES ☐NO | IN CUSTODY ☒YES ☐NO | NAME (LAST - FIRST) House, Lopez | D.O.B. 1 Jan 48 | C.B NO. | I.R. NO. |

| MED NEG LIFT | LOCATION FOUND | F.N. | MED NEG LIFT | LOCATION FOUND | F.N. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

POSSIBLE SUSPECT INFORMATION
☐ MALE ☐ FEMALE  ☐ ADULT ☐ JUVENILE
RACE          TOTAL NO. OF LIFTS          DATE

NOT FOR PATROL DIV. USE

PRINTS SUITABLE FOR COMPARISON  ☐YES ☐NO    INITIALS OF EXAMINER    DATE
☐ PALMS  ☐ IMPRESSIONS  ☐ FINGERPRINTS    SUITABLE FOR COMPUTER ☐YES ☐NO    DATE OF TRANSMITTA

PHYSICAL EVIDENCE

| PROP. INVENT. NO. - UNIT | DESCRIPTION & LOCATION | ERPS. | CRIME LAB |
|---|---|---|---|
| 2253-021 | 2 yellow handle sticks broken | X | E |
| | 1 fork | X | |
| | | | |
| | | | |

NARRATIVE/ EXPLANATION OF REQUEST*
*NOTE: If Crime Lab is initial destination, identify service needed or information required.

E.T. requested by beat 2133 to process scene of Agg
Criminal Sexual Assault

00007                    EXHIBIT 8

| DATE ARRIVED | TIME | TIME COMPLETED |
|---|---|---|
| 9 June 91 | 45 | 3003 |

REPORTING TECHNICIAN - PRINT LAST NAME - FIRST - STAR NO - UNIT        APPROVING SUPERVISOR (PRINT NAME) - STAR NO
Terrell
TECHNICIAN'S SIGNATURE                                DATE        SUPERVISOR'S SIGNATURE

CPD-21 949 (REV 6/89)                                INVESTIGATOR: BELKE

| FREEDOM OF INFORMATION REQUEST<br>CHICAGO POLICE DEPARTMENT | OFFICE USE ONLY | DATE RECEIVED | REQUEST NO. |
|---|---|---|---|

INSTRUCTIONS: PLEASE PRINT OR TYPE. SUBMIT ONE FORM FOR EACH RECORD REQUESTED. YOUR REQUEST SHOULD REASONABLY DESCRIBE THE RECORD SOUGHT. THE CHICAGO POLICE DEPARTMENT WILL RESPOND TO A REQUEST FOR A PUBLIC RECORD WITHIN 7 BUSINESS DAYS AFTER ITS RECEIPT. A RESPONSE TO CERTAIN REQUESTS MAY REQUIRE UP TO 7 ADDITIONAL BUSINESS DAYS, IN WHICH CASE YOU WILL BE NOTIFIED. YOU WILL ALSO BE NOTIFIED SHOULD YOUR REQUEST BE DENIED.

JAN. 25, 2006

### REQUESTOR

| PRINT NAME (LAST - FIRST - M.I.) | SIGNATURE | TELEPHONE NO. |
|---|---|---|
| House, Lopez | [signature] | NONE |

| STREET ADDRESS | CITY | STATE | ZIPCODE |
|---|---|---|---|
| 3820 East Main Street | Danville | IL | 61834 |

DESCRIBE RECORD SOUGHT

Re: PEOPLE V HOUSE 91CR10811, Rd/Ar NO: P303183, IR#212-639, CB#8867-960, ALL FORENSIC TEST RESULTS of all Physical Evidence gather in this case, including ALL PHOTOGRAPHS OF PROCESS CRIME SCENE, identification of Finger Prints there in *

MAIL OR BRING THIS REQUEST TO: CHICAGO POLICE HEADQUARTERS- RECORDS DIVISION, 3510 SOUTH MICHIGAN AVENUE, 1ST FLOOR, CHICAGO ILLINOIS 60653, MONDAY THROUGH FRIDAY, EXCEPT HOLIDAYS, FROM 8 A.M. TO 4 P.M.

### RECORDS DIVISION

| RECEIVED BY - NAME | RANK/TITLE | STAR/EMPLOYEE NO. | RECEIVED ☐ OTHER<br>☐ IN PERSON ☐ BY MAIL |
|---|---|---|---|
| ROUTED TO | RESPONSE DELAYED?<br>☐ YES ☐ NO | REQUESTOR NOTIFIED - DATE | NOTIFIED BY |
| REQUEST DENIED - DATE | DENIED BY - PRINT NAME | RANK/TITLE | STAR/EMPLOYEE NO. |

REASON FOR DENIAL

| | | SIGNATURE | |
|---|---|---|---|
| DENIAL LETTER - DATE | MAILED BY | RECORD MADE AVAILABLE<br>NO. OF PAGES | FEE | DATE | BY |

CPD-31,509 (REV. 10/00)

* FOOTNOTE ALL any photographs of injuries sustain by complaintant

File cc

EXHIBIT # 18
page 33

EXHIBIT #19
page 34



hard M. Daley
or

**Department of Police • City of Chicago**
3510 S. Michigan Avenue • Chicago, Illinois 60653

**Philip J. Cline**
Superintendent of Police

Date: February 1, 2006

Lopez House #N02026
3820 E. Main St.
Danville, IL 61834

Re: NOTICE OF DENIAL OF PUBLIC RECORDS
REQUEST DATE: February 1, 2006
FOIA FILE No.: **06-01358**

Dear Mr. House:

The Chicago Police Department is in receipt of your Freedom of Information Act (FOIA) request for all forensic test results of all physical evidence for Case #91CR16811 including all photographs of the crime scene, identification of fingerprints, and any photographs of injuries sustained by complainant.

Your request was reviewed by the undersigned. After a thorough review of Department records, it was determined your request must be denied in its entirety as your criminal case is being appealed. The denial is based on the following paragraphs of the Illinois Freedom of Information Act:

5 ILCS 140/7 (1)(c) Records compiled by any public body for administrative enforcement proceedings and any law enforcement or correctional agency for law enforcement purposes or for internal matters of a public body, but only to the extent that disclosure would:

  (i) interfere with pending or actually and reasonably contemplated law enforcement proceedings conducted by any law enforcement or correctional agency;

  (iii) deprive a person of a fair trial or an impartial hearing;

You may file a written appeal of this denial with the Superintendent of Police at the following address:

Superintendent of Police
Chicago Police Department
3510 South Michigan
Chicago, Illinois 60653

If I can be of further assistance, please contact me at (312) 745-5199 or at the following address:

Chicago Police Department
Attention: Freedom of Information Officer
Records Inquiry Section, Unit 163
3510 S. Michigan Ave., Room 1027
Chicago, IL 60653

Sincerely,

P.O. Kathleen S. Mack #16332
Assistant Freedom of Information Officer
Department of Police
Record Services Division

34.

EXHIBIT #1
PAGE 46

your chest and licking your vagina did the man do anything else to you in the bedroom while you were in the bedroom?

MR. ZUGANELIS: Object, Judge, she has already asked and answered.

THE COURT: Overruled. Overruled.

THE WITNESS: A Yes, he had tried to stick his penis up in my vagina.

MR. KELECIUS: Q How did he try to do that, would you tell us?

A He had, he had to open my legs and try to do it.

Q How close did his penis get to your vagina?

A I don't know.

Q Do you know whether his penis touched your vagina?

A Yes, it did.

Q How did he touch -- was he doing anything with his penis as it touched your vagina.

A Yes.

Q What was he doing?

A He was trying to -- he was trying to stick it in.

Q What happened after that?

EXHIBIT #2
page 47

1  report?
2     A    Yes, it is.
3     Q    And does -- what -- what does your report
4  indicate?
5     A    I can read you the report.
6     Q    Erica Wren --
7     A    I mean what I have written down, I have --
8  I can read the whole report, if that's what you are
9  asking.
10    Q    Well, I'm -- I want you to direct your
11 attention to where it refers to cunnilingus and
12 fellatio?
13    A    Okay.
14    Q    What does your report say?
15    A    What is highlighted here is it says,
16 kissed victim but no fellatio or cunnilingus, no
17 rectal intercourse or rectal, oral contact.
18    Q    Thank you.
19         Now, you wrote that after you spoke
20 to Erica Wren, is that correct?
21    A    Correct.
22    Q    Excuse me one second, Judge.
23         Also, doctor, Erica Wren spoke to you
24 about being raped, is that correct?

47

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| UNITED STATES OF AMERICA ex Rel. LOPEZ HOUSE, Petitioner, Vs. JOHN CHAMBER and JOSEPH LOFTUS Warden Danville C.C. Respondent, | CASE NO. 04 C 7487 Hon. JOHN A. NORDBERG Presiding Judge **FILED** JAN 3 1 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT |
|---|---|

NOTICE OF FILING

TO: Lisa Madigan, Illinois Attorney General,
℅ MICHAEAL R. BLANKENHEIM — BAr # 6289072
Asst. Attorney General
100 West Randolph St. 12 Fl.
Chgo. IL. 60601

Please take Notice that on January 25 2008 I had cause to file a MOTION FOR COURT ENTRY OF JUDGEMENT BY DEFAULT AGAINST RESPONDENT'S WITH AWARD OF WRIT OF HABEAS CORPUS ON PETITIONER'S CLAIMS with the Clerk OF the UNITED STATES District Court for the Northern District Eastern Division of ILLINOIS. a copy of which is hereby served upon you

Lopez House
Lopez House

STATE OF ILLINOIS )
COUNTY OF VERMILION ) ss
)

CERTIFICATE OF SERVICE

I, Lopez House, on oath, hereby certify that I served this Notice and attached documents as listed above upon the Honorable Clerk of the Court and hereby certify that a copy of the same has been served upon you this 25th day of January 2008, when I placed said documents in the U.S. Mail at Danville C.C. Danville, ILL. with postage prepaid.

Subscribed and sworn to before me
this 25th day of January 2008

Notary Public

LOPEZ HOUSE N02026
820 EAST MAIN St.
Danville IL. 61834

"OFFICIAL SEAL"
ELIZABETH A. ROBSON
Notary Public State of Illinois
My Commission Expires 12/05/10